**Order entered December 29, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01032-CV

**IN THE INTEREST OF T.R., L.R., J.R., S.R., E.R.,
C.R., AND V.R., CHILDREN**

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-18-06935**

### ORDER

Before the Court is appellant's December 23, 2020 motion for an extension of time to file her brief on the merits. Appellant's brief is not yet due because the reporter's record has not been filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** the motion as premature.

/s/    KEN MOLBERG
        JUSTICE